Request for Continuance
DATE: September 21, 2020
PAED_DOCUMENTS@paed.uscourts.gov

To: Honorable Judge J. Curtis Joyner
TO: Office of the Clerk of The United States District Court for the Eastern District of Pennsylvania
601 Market Street
Room 2609,
Philadelphia PA 19106

FROM: Robert Kall and Futurehealth, Inc.
Robert Kall
2211 Tyson Ave, Philadelphia PA 19149

Futurehealth, Inc.
211 N. Sycamore St, Newtown, PA 18940

DOCKET# Case 2:20-cv-02459   Philpot vs Robert Kall and Futurehealth, Inc

I am submitting this Request for an extension or Continuance as the Defendant in the civil case named above. The Court has not issued a hearing date but I would like a continuance of 60 days as I have not yet found counsel and need more time to do so. I am 69, on Social security with limited financial resources and the site this lawsuit is about is non-profit with very limited funds. Futurehealth does billing and paying bills for the website involved. It should not be a party to the lawsuit. Also, given my financial situation, is it possible for the court to appoint a pro-bono attorney to represent me?

I was served the notification of the case on the evening of September 2nd. So my understanding is I need to reply by September 24th.

Thank you for your attention to this matter.

Sincerely,

*[signature: Robert Kall]*

Robert Kall


Cc:   Jesse C. Klaproth   JKlaproth@klaprothlaw.com

Saisha P. Chandrasekaran, Esq.   spc@hutchersonlaw.com